IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALTER WILLIAM BLANCK,

    Petitioner,

  v.

WILLIAM POLLARD,

    Respondent.

Case No. 19-cv-177-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case.

| /s/ | 4/17/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |